# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

_____

Paulette Walker,

                Plaintiff,

v.

Advantage Cable Services, Inc.,

                Defendant.

_____

Civil Action No.: 3:14-cv-00963-G

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Advantage Cable Services, Inc., without prejudice and without costs to any party.

| Paulette Walker | Advantage Cable Services, Inc. |
|---|---|
| /s/ Jody B. Burton | /s/ Douglas R. Hudman |
| Jody B. Burton | Douglas R. Hudman, Esq. |
| Bar No. 71681 | TX Bar No. 10149860 |
| Lemberg Law LLC | 306 West 7th Street, Suite 500 |
| 1100 Summer Street, 3rd Floor | Fort Worth, Texas 76102 |
| Stamford, CT 06905 | Telephone: (817) 335-1050 |
| Telephone: (203) 653-2250 | Facsimile: (817) 332-3140 |
| Facsimile: (203) 653-3424 | Attorney for Defendant |
| Attorney for Plaintiff | |

_____

SO ORDERED

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of Texas Electronic Document Filing System (ECF), which sent notice of such filing to the following parties listed below:

Douglas R. Hudman, Esq.
Matthew Hudman, Esq.
306 West 7th Street, Suite 500
Fort Worth, Texas 76102
*Attorneys for Defendant*

                                          By /s/ Jody B. Burton
                                              Jody B. Burton